**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey 07017
(973) 677-9000
Attorneys for Debtor(s)

Clifford B. Frish, Esq. #CF-2541

Order Filed on September 27, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

**DAWIT GABIR**

Case No. 17-18167

Chapter: 13

Hearing Date: September 12, 2018 at 10:30 a.m.

Judge: Hon. Stacey L. Meisel

**ORDER VALUING PROPERTY PURSUANT TO
11 U.S.C. §§506(a) AND (d) AND FED. R. BANKR. P. 3012,
CONFIRMING DEBT AS PARTIALLY SECURED AND PARTIALLY UNSECURED
AND FOR DISCHARGE OR CANCELLATION OF MORTGAGE
UPON COMPLETION OF THE CHAPTER 13 PLAN**

The relief set forth on the following pages numbered two (2) through three (3) is hereby ORDERED.

**DATED: September 27, 2018**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Page: | 2 |
| Debtor(s): | Dawit Gabir |
| Case No.: | 17-18167 - Chapter 13 |
| Caption: | Order Valuing Property Pursuant to 11 U.S.C. §§506(a) and (d) and Fed. R. Bankr. P. 3012, Confirming Debt as Partially Secured and Partially Unsecured and for Discharge or Cancellation of Mortgage Upon Completion of the Chapter 13 Plan |

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtors, Clifford B. Frish, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby **ORDERED**:

(i) the debtor's property located at 13-15 Little Street, East Orange, New Jersey 07017 is valued at $160,000.00;

(ii) the claim of U.S. Bank National Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2 is confirmed to be partially secured and partially unsecured;

(iii) Select Portfolio Servicing, Inc., the servicer for U.S. Bank National Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2, shall be paid the sum of $160,000.00 plus interest at 4.75%/annum for a total payout of $177,883.00 in full satisfaction of the secured portion of its claim;

(iv) the balance of the claim of U.S. Bank National Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2 shall be treated as an unsecured, non-priority debt;

(v) upon completion of the Chapter 13 plan, the mortgage given by the debtor to Credit Suisse Financial Corporation, dated March 22, 2007, and recorded in the Office of the Register of Essex County on April 10, 2007, at Book 12044, Page 6409, as assigned to U.S. Bank National

Page: 3
Debtor(s): Dawit Gabir
Case No.: 17-18167 - Chapter 13
Caption: Order Valuing Property Pursuant to 11 U.S.C. §§506(a) and (d) and Fed. R. Bankr. P. 3012, Confirming Debt as Partially Secured and Partially Unsecured and for Discharge or Cancellation of Mortgage Upon Completion of the Chapter 13 Plan

Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2 by Assignment of Mortgage dated December 12, 2009, and recorded on November 9, 2016, as Instrument Number 2016096523, shall be deemed to have been paid in full and the debtor shall be entitled to record a copy of this Order which shall act as a discharge or cancellation of the said mortgage. The Office of the Register of Essex County is hereby authorized to discharge and/or cancel the mortgage.