| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey 07017<br>(973) 677-9000<br>Attorneys for Debtor(s)<br><br>Clifford B. Frish, Esq. #CF-2541 |

**Order Filed on September 27, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

**DAWIT GABIR**

Case No. 17-18167

Chapter: 13

Hearing Date: September 12, 2018 at 10:30 a.m.

Judge: Hon. Stacey L. Meisel

## ORDER VALUING PROPERTY PURSUANT TO 11 U.S.C. §§506(a) AND (d) AND FED. R. BANKR. P. 3012, CONFIRMING DEBT AS PARTIALLY SECURED AND PARTIALLY UNSECURED AND FOR DISCHARGE OR CANCELLATION OF MORTGAGE UPON COMPLETION OF THE CHAPTER 13 PLAN

The relief set forth on the following pages numbered two (2) through three (3) is hereby

**ORDERED.**
**DATED: September 27, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page: 2
Debtor(s): Dawit Gabir
Case No.: 17-18167 - Chapter 13
Caption: Order Valuing Property Pursuant to 11 U.S.C. §§506(a) and (d) and Fed. R. Bankr. P. 3012, Confirming Debt as Partially Secured and Partially Unsecured and for Discharge or Cancellation of Mortgage Upon Completion of the Chapter 13 Plan

**THIS MATTER** being opened to the Court by Goldman & Beslow, LLC, attorneys for the debtors, Clifford B. Frish, Esq., appearing, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition; it is hereby **ORDERED**:

(i) the debtor's property located at 13-15 Little Street, East Orange, New Jersey 07017 is valued at $160,000.00;

(ii) the claim of U.S. Bank National Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2 is confirmed to be partially secured and partially unsecured;

(iii) Select Portfolio Servicing, Inc., the servicer for U.S. Bank National Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2, shall be paid the sum of $160,000.00 plus interest at 4.75%/annum for a total payout of $177,883.00 in full satisfaction of the secured portion of its claim;

(iv) the balance of the claim of U.S. Bank National Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2 shall be treated as an unsecured, non-priority debt;

(v) upon completion of the Chapter 13 plan, the mortgage given by the debtor to Credit Suisse Financial Corporation, dated March 22, 2007, and recorded in the Office of the Register of Essex County on April 10, 2007, at Book 12044, Page 6409, as assigned to U.S. Bank National

| | |
|---|---|
| Page: | 3 |
| Debtor(s): | Dawit Gabir |
| Case No.: | 17-18167 - Chapter 13 |
| Caption: | Order Valuing Property Pursuant to 11 U.S.C. §§506(a) and (d) and Fed. R. Bankr. P. 3012, Confirming Debt as Partially Secured and Partially Unsecured and for Discharge or Cancellation of Mortgage Upon Completion of the Chapter 13 Plan |

Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Through Certificates, Series 2007-2 by Assignment of Mortgage dated December 12, 2009, and recorded on November 9, 2016, as Instrument Number 2016096523, shall be deemed to have been paid in full and the debtor shall be entitled to record a copy of this Order which shall act as a discharge or cancellation of the said mortgage. The Office of the Register of Essex County is hereby authorized to discharge and/or cancel the mortgage.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 17-18167-SLM
Dawit Gabir                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 28, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.
db          +Dawit Gabir,   13 Little Street,    East Orange, NJ 07017-5507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:
              Clifford B. Frish    on behalf of Debtor Dawit  Gabir yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Francesca Ann Arcure    on behalf of Creditor   Select Portfolio Servicing, Inc. as Servicer for
               U.S. Bank National Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage
               Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Thro NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Mark  Goldman    on behalf of Debtor Dawit  Gabir yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. Bank National Association, as Trustee, relating
               to Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through Certificates,
               Series 2007-2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6