Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−18167−SLM
          Chapter: 13
          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dawit Gabir
   13 Little Street
   East Orange, NJ 07017

Social Security No.:
   xxx−xx−0151

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date: 3/5/19
Time: 02:30 PM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Goldman & Beslow, LLC, Debtor's Attorney,

COMMISSION OR FEES
$1,688.23

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

   An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: February 4, 2019
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                           Case No. 17-18167-SLM
Dawit Gabir                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin             Page 1 of 2              Date Rcvd: Feb 04, 2019
                            Form ID: 137            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2019.
```
db              +Dawit Gabir,    13 Little Street,    East Orange, NJ 07017-5507
cr              +Select Portfolio Servicing, Inc. as Servicer for U,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516781376      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
516781378       +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
516781377       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
                 S Louis, MO 63179-0040
516781379       +City of East Orange,    Tax Collector,    44 City Hall Plaza,    East Orange, NJ 07018-4502
516781383       +SLS,    8742 Lucent Blvd., Ste. 300,    Littleton, CO 80129-2386
516781384        Solomon Ghebreab,    Bessunger Street 190A,    64347 Griesheim, Germany
517032057       +U.S. Bank National Association, Trustee (See 410),    C/O Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516781390       +Visa Dept Store National Bank/Macy's,    9111 Duke Blvd,    Mason, OH 45040-8999
516781389       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 04 2019 23:51:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 04 2019 23:51:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516781380       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 04 2019 23:50:54      Comenitybank/trwrdsv,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
516781381       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 04 2019 23:50:54      Comenitybank/trwrdsv,
                 3100 Easton Square Pl,    Columbus, OH 43219-6232
516781382       +E-mail/Text: jennifer.chacon@spservicing.com Feb 04 2019 23:52:02
                 Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
516781385       +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2019 23:58:01      Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
516781386       +E-mail/PDF: gecsedi@recoverycorp.com Feb 04 2019 23:58:01      Synchrony Bank/ JC Penneys,
                 Po Box 965007,    Orlando, FL 32896-5007
516781388        E-mail/Text: bankruptcy@td.com Feb 04 2019 23:51:15      TD Bank, N.A.,    70 Gray Rd,
                 Portland, ME 04105
516781387        E-mail/Text: bankruptcy@td.com Feb 04 2019 23:51:15      TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04243
517053081        E-mail/Text: jennifer.chacon@spservicing.com Feb 04 2019 23:52:02
                 U.S. Bank National Association Trustee (See 410),    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box  65250,    Salt Lake City, Utah 84165-0250
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516781375     ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                              TOTALS: 0, * 0, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2                 User: admin                    Page 2 of 2                  Date Rcvd: Feb 04, 2019
                                     Form ID: 137                   Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2019 at the address(es) listed below:

```
              Clifford B. Frish    on behalf of Debtor Dawit   Gabir yrodriguez@goldmanlaw.org,
               cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.
               bestcase.com
              Francesca Ann Arcure    on behalf of Creditor    Select Portfolio Servicing, Inc. as Servicer for
               U.S. Bank National Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage
               Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Thro NJ_ECF_Notices@McCalla.com,
               NJ_ECF_Notices@McCalla.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Mark   Goldman    on behalf of Debtor Dawit   Gabir yrodriguez@goldmanlaw.org,
               yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating
               to Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through Certificates,
               Series 2007-2 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```