# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
Mark Goldman #MG-8019

*Attorneys for Debtor(s),*

**Order Filed on March 6, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

| | |
|---|---|
| In Re:<br><br>**Dawit Gabir**<br><br>Debtor | Case No.:   17-18167<br><br>Chapter:     13<br><br>Judge:       SLM |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through two (2) is hereby

ORDERED
DATED: March 6, 2019

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:      2
Debtor(s):   Dawit Gabir
Case No.:   17-18167/SLM

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq. , the applicant, is allowed the sum of $1,688.23 for services rendered and expenses in the amount of $_0__ for a total of $1,688.23 of which  0_ has already been received by said attorney and of which the balance of $1,688.23 shall be paid by the Chapter 13 Standing Trustee.   The allowance shall be payable:

__X_ through the Chapter 13 Plan as an administrative priority.

___ outside the plan.

The debtor's monthly plan is modified to require a payment of $3336.00 per month for <u>39</u> months to allow for payment of the aforesaid fee.