**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

GOLDMAN & BESLOW, LLC
Attorneys at Law
7 Glenwood Avenue - Suite 311B
East Orange, New Jersey   07017
(973)-677-9000
Mark Goldman #MG-8019

Attorneys for Debtor(s),

Order Filed on March 6, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

**Dawit Gabir**

Debtor

Case No.:   17-18167

Chapter:    13

Judge:      SLM

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages numbered two (2) through two (2) is hereby ORDERED.

DATED: March 6, 2019

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page:        2
Debtor(s):   Dawit Gabir
Case No.:    17-18167/SLM

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that Mark Goldman, Esq., the applicant, is allowed the sum of $1,688.23 for services rendered and expenses in the amount of $_0__ for a total of $1,688.23 of which 0_ has already been received by said attorney and of which the balance of $1,688.23 shall be paid by the Chapter 13 Standing Trustee. The allowance shall be payable:

   _X_ through the Chapter 13 Plan as an administrative priority.

   ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $3336.00 per month for 39 months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-18167-SLM
Dawit Gabir                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1                Date Rcvd: Mar 07, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.
db             +Dawit Gabir,    13 Little Street,    East Orange, NJ 07017-5507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:
    Clifford B. Frish    on behalf of Debtor Dawit  Gabir yrodriguez@goldmanlaw.org,
     cfrish@goldmanlaw.org;yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
    Francesca Ann Arcure    on behalf of Creditor    Select Portfolio Servicing, Inc. as Servicer for U.S. Bank National Association, as trustee, on behalf of the holders of Adjustable Rate Mortgage Trust 2007-2 Adjustable Rate Mortgage-Backed Pass-Thro NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
    Marie-Ann  Greenberg    magecf@magtrustee.com
    Mark  Goldman    on behalf of Debtor Dawit  Gabir yrodriguez@goldmanlaw.org, yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com
    Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, relating to Home Equity Mortgage Trust Series 2007-2, Home Equity Mortgage Pass-Through Certificates, Series 2007-2 rsolarz@kmllawgroup.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                          TOTAL: 6