| UNITED STATES BANKRUPTCY COURT |  |  |
|---|---|---|
| NEW JERSEY |  |  |
| In Re:<br>Dawit Gabir | Case No. | 17-18167 |
|  | Chapter: | 13 |
|  | Judge: |  |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Dawit Gabir__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in **full**.

2. [X] I am not required to pay domestic support obligations.

   [ ] I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __06/27/22__                              _____
                                                **Dawit Gabir**
                                                Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.

rev.8/1/18